No. 455. MATHER *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 456. TESTAMENTARY TRUST UNDER THE WILL OF MATHER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.

November 13, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BURTON took no part in the consideration or decision of these applications. *Mr. John B. Putnam* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Harold C. Wilkenfeld* for respondent. Reported below: 149 F. 2d 393.